Order issued September 2⁴ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01270-CV

STEPHANIE ANN NOVICK, Appellant

V.

ANDREW A. SHERVIN, Appellee

## ORDER

We **GRANT** appellant's motion for an extension of time to file a notice of appeal. The notice of appeal filed in the trial court on September 14, 2012 is deemed timely for jurisdictional purposes.

CAROLYN WRIGHT
CHIEF JUSTICE